# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-8509**                               **September Term, 2025**

24-BG-0689

**Filed On:**  January 20, 2026

In re: Larry Elliott Klayman,

         Respondent


     **BEFORE:**    Millett, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed November 4, 2025, the lodged response thereto, the motion to exceed the word limit for the response, and the motion to stay consideration of reciprocal discipline, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the motion to exceed the word limit be denied.  It is

**FURTHER ORDERED** that the motion to stay consideration of reciprocal discipline be denied.  Respondent has not shown that an abeyance is warranted.  It is

**FURTHER ORDERED** that this case be scheduled for oral argument before a merits panel.  It is

**FURTHER ORDERED** that the following briefing schedule will apply in this case:

| | |
|---|---|
| Respondent's Brief (not to exceed 13,000 words) | March 2, 2026 |
| Appendix | March 2, 2026 |

Respondent will be informed later of the date of oral argument and the composition of the merits panel.

To enhance the clarity of his brief, respondent is urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, the brief should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-8509**                          **September Term, 2025**

     Respondent is strongly encouraged to hand deliver the paper copies of his brief to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, respondent is reminded that if filing by mail, he must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  The brief and appendix must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

<u>**Per Curiam**</u>