# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-8509**                                      **September Term, 2025**

**24-BG-0689**

**Filed On: March 16, 2026** [2163867]

In re: Larry Elliott Klayman,

       Respondent

**O R D E R**

Upon consideration of respondent's motion for extension of time to file his brief and appendix, and the lodged brief and appendix, it is

**ORDERED** that the motion be granted. Respondent's brief and appendix submitted on March 5, 2026, are deemed timely filed.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

       BY:   /s/
              Michael C. McGrail
              Deputy Clerk