# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-8509**                                    **September Term, 2025**

**24-BG-0689**

**Filed On: April 8, 2026** [2167592]

In re: Larry Elliott Klayman,

        Respondent

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 21, 2026, at 9:30 A.M.:

        Respondent        -        10 Minutes

The panel considering this case will consist of Circuit Judges Walker and Childs, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 10, 2026.

**Per Curiam**

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

              BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)