# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 25-8509**                    **September Term, 2025**

**24-BG-0689**

**Filed On: April 21, 2026** [2169657]

In re: Larry Elliott Klayman,

　　　　Respondent

**BEFORE:**    Walker and Childs, Circuit Judges; Ginsburg, Senior Circuit Judge

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on April 21, 2026 at 11:27 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

Larry Klayman (Pro Se), counsel for Respondent.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Lillian R. Wright
Deputy Clerk