# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-8509**                                    **September Term, 2025**

**24-BG-0689**

**Filed On:** April 24, 2026

In re: Larry Elliott Klayman,

       Respondent

**BEFORE:**     Walker and Childs, Circuit Judges; Ginsburg, Senior Circuit Judge

**O R D E R**

Upon consideration of respondent's motion to stay, it is

**ORDERED**, on the court's own motion, that respondent's reciprocal discipline proceeding be held in abeyance pending the disposition of his viewpoint discrimination claim in No. 1:24-cv-2997, Klayman v. District of Columbia Court of Appeals, et al..

Respondent is directed to notify this court within 30 days of the issuance of any final judgment by the District Court, any notice of appeal to this Court, or any final judgment by this Court.

**Per Curiam**

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

               BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk